1

Hon. Mary Alice Theiler

2

3

4

5                        UNITED STATES DISTRICT COURT
6               WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7   AMERICAN UNITED LIFE INSURANCE
    COMPANY,

8                                                No. C06-0378-MAT
            Plaintiff,

9                                                ORDER GRANTING PLAINTIFF
        vs.                                      LEAVE TO MOVE FOR DISMISSAL

10  MARCILLE GAY AND GORDON                      (~~PROPOSED~~)
    JOHNSON PERSONAL

11  REPRESENTATIVE OF THE ESTATE OF
    GERALDINE JOHNSON,

12
            Defendant.

13

14

15          The court having fully reviewed the plaintiff's motion for leave to move for discharge

16  from further liability and participation in this action after August 9, 2006, and having fully

17  reviewed the papers submitted in favor of and opposition to the motion, including the

18  Declarations submitted and the Exhibits attached to them, the court finds there is good cause to

19  grant American United Life permission to move for dismissal after August 9, 2006.

20  NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

21  plaintiff's motion for leave to file a motion for dismissal after August 9, 2006 is GRANTED.

22          DONE IN OPEN COURT this 6th day of September, 2006.

23

24                      s/ Mary Alice Theiler
                        United States Magistrate Judge

25

[1002985.DOC]
ORDER PERMITTING PLAINTIFF TO FILE MOTION          LEE·SMART· COOK·MARTIN & PATTERSON
FOR DISMISSAL - 1                                  P.S., Inc. · Pacific Northwest Law Offices
C06-0378                                           1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
AUL v. Gay - order for leave (1002985).DOC         Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Dockets.Justia.com

1   Presented by:

2   LEE, SMART, COOK, MARTIN &
      PATTERSON, P.S., INC.

3

4   By:_____/s/ Michael A. Patterson_____
          Michael A. Patterson, WSBA 7976
5         Rosemary J. Moore, WSBA 28650
          Attorneys for Plaintiff
6         Lee Smart Cook Martin & Patterson, P.S., Inc.
          701 Pike Street, Suite 1800
7         Seattle, WA 98101
          Phone:  (206) 624-7990
8         Fax:  (206) 624-5944
          map@leesmart.com
9         rjm@leesmart.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[1002985.DOC]
ORDER PERMITTING PLAINTIFF TO FILE MOTION
FOR DISMISSAL - 2
C06-0378
AUL v. Gay - order for leave (1002985).DOC

L E E · S M A R T · C O O K · M A R T I N  &  P A T T E R S O N

P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944