Hon. Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCILLE GAY AND GORDON JOHNSON PERSONAL REPRESENTATIVE OF THE ESTATE OF GERALDINE JOHNSON,<br><br>    Defendant. | No. C06-0378-MAT<br><br>ORDER GRANTING PLAINTIFF LEAVE TO MOVE FOR DISMISSAL<br><br>(~~PROPOSED~~) |

The court having fully reviewed the plaintiff's motion for leave to move for discharge from further liability and participation in this action after August 9, 2006, and having fully reviewed the papers submitted in favor of and opposition to the motion, including the Declarations submitted and the Exhibits attached to them, the court finds there is good cause to grant American United Life permission to move for dismissal after August 9, 2006.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's motion for leave to file a motion for dismissal after August 9, 2006 is GRANTED.

DONE IN OPEN COURT this <u>6th</u> day of <u>September</u>, 2006.

s/ Mary Alice Theiler
United States Magistrate Judge

{1002985.DOC}
ORDER PERMITTING PLAINTIFF TO FILE MOTION FOR DISMISSAL - 1
C06-0378
AUL v. Gay - order for leave (1002985).DOC

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1  Presented by:

2  LEE, SMART, COOK, MARTIN &
   PATTERSON, P.S., INC.
3

4  By:_____/s/ Michael A. Patterson_____
       Michael A. Patterson, WSBA 7976
5      Rosemary J. Moore, WSBA 28650
       Attorneys for Plaintiff
6      Lee Smart Cook Martin & Patterson, P.S., Inc.
       701 Pike Street, Suite 1800
7      Seattle, WA 98101
       Phone: (206) 624-7990
8      Fax: (206) 624-5944
       map@leesmart.com
9      rjm@leesmart.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

{1002985.DOC}
ORDER PERMITTING PLAINTIFF TO FILE MOTION
FOR DISMISSAL - 2
C06-0378
AUL v. Gay - order for leave (1002985).DOC

LEE·SMART·COOK·MARTIN & PATTERSON

P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944